# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,
ADC #93197                                                                                          PLAINTIFF

v.                                        5:12-cv-00165-JMM-JTK

CHARLES CROCKETT, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of July, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE